

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:16-00009
21 U.S.C. § 841(a)(1)

SARAH ELIZABETH MYERS

# I N F O R M A T I O N

The United States Attorney Charges:

On or about May 15, 2015, at or near South Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant SARAH ELIZABETH MYERS knowingly and intentionally possessed with intent to distribute a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

UNITED STATES OF AMERICA

CAROL A. CASTO
Acting United States Attorney

By: _____
TIMOTHY D. BOGGESS
Assistant United States Attorney