AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

FILED
MAR 2 5 2016
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

United States of America
v.
SARAH ELIZABETH MYERS

)
)  Case No. 2:16-00009
)
)
)
)

*Defendant*

2016 MAR 17 PM 3:12
U.S. MARSHAL
CHARLESTON, WV
RECEIVED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* SARAH ELIZABETH MYERS ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☑ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

VIOLATING CONDITIONS OF PRETRIAL RELEASE.
SEE ATTACHED.

Date: 03/17/2016

*Issuing officer's signature*

City and state: CHARLESTON, WV

TERESA L. DEPPNER, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 03·17·2016 , and the person was arrested on *(date)* 03·24·16
at *(city and state)* Charleston, WV .

Date: 03·24·16

*Arresting officer's signature*

JESSICA BAILES
*Printed name and title*